**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colin Kratzer, | No. CV-20-00227-TUC-DCB (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

The Court having considered the parties' stipulation, and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that pursuant to the Stipulation (Doc. 25), this action is dismissed without prejudice and closed, each party to bear their own costs and fees.

Dated this 9th day of December, 2020.

David C. Bury
United States District Judge